# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NATHANIEL STEWART,

    Plaintiff,

v.                               Case No. 4:19cv42-MW/CAS

JULIE L. JONES, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 15, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall also close the file.

**SO ORDERED on November 7, 2019.**

                                                  s/Mark E. Walker     
                                                  **Chief United States District Judge**